United States District Court
Southern District of Texas
**ENTERED**
September 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, | § § § |
| Plaintiffs, | § § |
| VS. | § § CIVIL ACTION NO. 2:23-CV-00342 |
| ORGANOGENESIS HOLDINGS, INC., | § § § |
| Defendant. | § |

## ORDER

The United States (D.E. 7) and the State of Texas (D.E. 8), having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS **ORDERED** that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order, and the Notices of Election to Decline Intervention filed by the United States (D.E. 7) and the State of Texas (D.E. 8), which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the State of Texas, as provided for in 31 U.S.C. § 3730(c)(3). The United States and/or the State of Texas may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States and the State of Texas;

6. All orders of this Court shall be sent to the United States and the State of Texas; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties seeking such a disposition must solicit the written consent of the United States and the State of Texas through their respective offices of the Attorney General and advise the Court of same.

**ORDERED** on September 13, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE