United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | CIVIL ACTION NO. 2:23-CV-00342 |
| ORGANOGENESIS HOLDINGS, INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Organogenesis Holdings, Inc.'s Motion to Extend Defendant's Time to Answer, Move, or Otherwise Respond to Relator's Complaint (D.E. 21). Relator is represented to have assented to the motion. After due consideration, the Court **GRANTS** the motion (D.E. 21) and **ORDERS** Defendant to file its responsive document(s) on or before March 31, 2025.

**ORDERED** on February 12, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1