UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF TEXAS, *ex. rel.* JOHN DOE<br><br>Plaintiffs,<br><br>v.<br><br>ORGANOGENESIS HOLDINGS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:23-CV-000342 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Relator John Doe files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because no defendant has answered or filed a motion for summary judgment in this matter, Relator's dismissal of this case is of automatic effect and is without prejudice to Relator, the United States, or the State of Texas. The United States of America has authorized the undersigned counsel to state that it consents to this voluntary dismissal without prejudice. *See* 31 U.S.C. § 3730(b)(1).

Dated: May 19, 2025

Respectfully submitted,

_____
Lloyd "Trey" Duck, III
State Bar No. 24077234
Jessica E. Underwood
State Bar No. 24093291
Robert Winn Cutler
State Bar No. 24084364
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333

Facsimile: (512) 328-5335
tduck@nixlaw.com
junderwood@nixlaw.com
winncutler@nixlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that his document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_____
Jessica E. Underwood