United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, § § § <br> Plaintiffs, § § <br> VS. § <br> § <br> ORGANOGENESIS HOLDINGS, INC., § § <br> Defendant. § | CIVIL ACTION NO. 2:23-CV-00342 |

# FINAL JUDGMENT

Pursuant to the Relator's Notice of Dismissal Without Prejudice (D.E. 36), the Court enters final judgment dismissing this action without prejudice.

**ORDERED** on May 20, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE